Matter of D'Angelo (2023 NY Slip Op 03171)

Matter of D'Angelo

2023 NY Slip Op 03171

Decided on June 9, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 9, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., MONTOUR, OGDEN, AND GREENWOOD, JJ. (Filed May 11, 2023.)

&em;

[*1]MATTER OF NICHOLAS DAVID D'ANGELO, A DISBARRED ATTORNEY.

MEMORANDUM AND ORDER Order entered striking name from roll of attorneys pursuant to Judiciary Law § 90 (4) (b).